Case 1:18-cv-03483-RA   Document 14   Filed 09/10/18   Page 1 of 1
Case 1:18-cv-03483-RA   Document 13   Filed 09/07/18   Page 1 of 1
DocuSign Envelope ID: 226BC1B8-1226-4FDF-862C-03605B140E00

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/10/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS J. OLSEN, Individually and on behalf of all other persons similarly situated,

    Plaintiff,

v.

THE ORIGINAL HOMESTEAD RESTAURANT, INC.,

    Defendant.

ECF CASE

No.: 1:18-cv-3483 (RA)

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, resolving all matters in dispute having been made and each party to bear its own fees and costs.

Dated: September 7, 2018
New York, New York

_____
Douglas B. Lipsky, Esq.
LIPSKY LOWE LLP
630 Third Avenue, Fifth Floor
New York, NY 10017-6705
Email: doug@lipskylowe.com
Tel: 212.392.4772
*Attorneys for Plaintiff*

Dated: August 22, 2018
New York, New York

_____
Richard P. Kaye, Esq.
ELLENOFF GROSSMAN & SCHOLE LLP
1345 Avenue of the Americas, 11th Floor
New York, New York 10105
ssanon@egsllp.com
646.895.7149
*Attorneys for Defendant*

SO ORDERED:

Dated: New York, New York

    _____, 2018

_____
The Honorable Ronnie Abrams, U.S.D.J.